COM.

v.

**SMITH, J.**

**1103 EDA 2016**

Superior Court of Pennsylvania.

Filed 03/15/2017

CP–09–CR–0007676–2009 (Bucks)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

**NIXON, B.**

**1174 EDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–15–CR–0000509–2011 (Chester)

Affirmed

■

COM.

v.

**RIVERA, J.**

**1222 EDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–39–CR–0003372–2012 (Lehigh)

Affirmed

■

COM.

v.

**BANKS, R.**

**1527 EDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–51–CR–0309081–2005 (Philadelphia)

Affirmed

■

**DEBELLIS, G.**

v.

**MERCY/MANOR PARTNERSHIP**

**2134 EDA 2016**

Superior Court of Pennsylvania.

03/15/2017

2015–4985 (Delaware)

Affirmed/Vacated/Remanded